**PENSION BENEFIT GUARANTY CORPORATION, an agency and corporation of the United States Government, 1200 K Street, NW, Washington, DC 20005–4026, Plaintiff–Appellee,**

v.

**DURANGO GEORGIA PAPER CO., as plan administrator of the Gilman Paper Company Pension Plan for Hourly Employees, 1000 Osborne Street, St. Mary's, GA 31558, Defendant–Appellee,**

**H.G. Estate, LLC, The Howard Gilman Foundation, Inc., W.O. Corporation, Intervenors–Defendants–Appellants.**

No. 07–10558
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 19,.2007.

James A. Pardo, Jr., King & Spalding, Atlanta, GA, for Intervenors–Defendants–Appellants.

Nathaniel Rayle, Washington, DC, for Plaintiff–Appellee.

Mark Shand Watson, Stone & Baxter, Macon, GA, Kartar S. Khalsa, Washington, DC, for Defendant–Appellee.

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

H.G. Estate, LLC, The Howard Gilman Foundation, Inc. and W.O. Corporation ("Intervenors") appeal the district court's judgment following an order granting the joint motion to dismiss of Pension Benefit Guaranty Corporation ("PBGC") and Durango Georgia Paper Company ("Durango").

Intervenors raise two issues on appeal: (1) whether the district court erred in dismissing the litigation and (2) alternatively, whether the district court erred by not imposing conditions on the dismissal.

---

We review a court's grant of a motion to dismiss for abuse of discretion. *Fisher v. Puerto Rico Marine Mgmt., Inc.*, 940 F.2d 1502, 1503 (11th Cir.1991). Having considered the briefs and the record, we find no abuse of discretion in the dismissal. AFFIRMED.